JIMMY O. EWENIKE, CSBN 133406
Law Offices of Jimmy Ewenike
515 West Commonwealth Avenue, Suite 210
Fullerton, CA. 92832
Telephone: (714) 773-0611
Facsimile: (714) 519-3830
E-Mail: Ewenike@yahoo.com

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. Mojan Pouzanjani,<br><br>    Plaintiff,<br><br>v.<br><br>Nancy Berryhill, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. SACV 17-1633 JC<br><br>ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), IT IS

ORDERED that Plaintiff be awarded eight thousand dollars, and zero cents ($8,000.00) in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and four hundred dollars and zero cents ($400.00) in costs, under 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: May 8, 2019

/s/
Honorable Jacqueline Chooljian
United States Magistrate Judge